UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| APRIL M. WOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:14-cv-00399-JDL |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION FOR TWO-WEEK EXTENSION OF L.R. 41.1(A) DEADLINE**

NOW COMES Defendant, the United States of America, and respectfully moves for a two-week extension of the 30-day Local Role 41.1(a) deadline (from March 13 to March 27) for counsel to execute and file the papers necessary to terminate the action as of record.

Notice of settlement was entered on February 12, 2020.  ECF No. 193.  Pursuant to Local Rule 41.1(a) of this Court, the parties must accordingly file the papers necessary to terminate the action as of record by March 13.  *Id.*  The settlement proceeds agreed as between the parties are currently in process and pending disbursement by the Department of Treasury to Plaintiff. However, it is unclear whether disbursement will occur by the March 13 deadline.  The United States requests the instant extension accordingly, so that the parties may file a joint stipulation of dismissal upon receipt by Plaintiff of the settlement proceeds.  Plaintiff, by and through her counsel, has consented to the instant request.

Dated:  March 9, 2020
        Portland, Maine

Respectfully submitted,

HALSEY B. FRANK
United States Attorney


/s/ Andrew K. Lizotte
Assistant U.S. Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East Tower
Portland, ME  04101
(207) 771-3246
Andrew.Lizotte@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that on March 9, 2020, I caused a copy of the foregoing to be filed with the Court, which will cause service to be made upon all counsel of record in the case.

      Respectfully submitted,

      HALSEY B. FRANK
      United States Attorney

      /s/ Andrew K. Lizotte
      Andrew K. Lizotte
      Assistant U.S. Attorney
      100 Middle Street
      East Tower, 6th Floor
      Portland, Maine 04101
      (207) 771-3246
      Andrew.Lizotte@usdoj.gov